

**In re EAGLE OPG, INC.**

No. 04–1065.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2004.

*ORDER*

Upon consideration of Eagle OPG, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**In re Richard Michael MICKLICH.**

No. 04–1161.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2004.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**GLAXO WELLCOME, INC.,**
**Plaintiff–Appellee,**

v.

**EON LABS MANUFACTURING,**
**INC., Defendant–Appellant.**

No. 04–1169.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2004.

*ORDER*

Eon Labs Manufacturing. Inc. moves without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. Each side shall bear its own costs.

(2) All pending motions are moot.

